I. Dohnal, appellee, v. R. C. Horne, appellant. Gen. No. 31,745.

Action to recover damages to automobile from collision. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon.

James J. O'Toole, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Reversed with finding of facts. Opinion filed October 10, 1927.

Walter Hamilton, for appellant. James R. Hanrahan, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.